UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN SACHIN,<br><br>                              Petitioner,<br><br>                    v.<br><br>WARDEN OF THE DESERT VIEW<br>FACILITY, et al.,<br><br>                              Respondents. | Case No. 5:26-cv-00707 MWC (ADS)<br><br><br>ORDER GRANTING PETITION AND<br>ENTRY OF JUDGMENT UNDER 28<br>U.S.C. § 2241 |

On February 15, 2026, Petitioner Sachin Sachin, proceeding through counsel, filed a Verified Petition for Habeas Corpus (the "Petition") concurrently with a Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. (Dkt. Nos. 1, 3.) On February 21, 2026, the Court granted a temporary restraining order. (Dkt. No. 10.) On March 16, 2026, the Court granted a preliminary injunction. (Dkt. No. 12.) On April 24, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in

the Court's Orders on preliminary relief without requiring further proceedings.  (Dkt. No. 17.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 17) and for the reasons stated in the Court's Orders granting preliminary relief (Dkt. Nos. 10, 12), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  April 29, 2026

_____
THE HONORABLE MICHELLE WILLIAMS COURT
United States District Judge

Presented by:

_____ /s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2