JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACHIN SACHIN,

                  Petitioner,

                  v.

WARDEN OF THE DESERT VIEW FACILITY, et al.,

                  Respondents.

Case No. 5:26-cv-00707 MWC (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Orders granting preliminary relief (Dkt. Nos. 10, 12).

Dated:  April 29, 2026



_____
THE HONORABLE MICHELLE WILLIAMS COURT
United States District Judge